Before the Second Division, August 8, 1966

**No. P66/178.**—Cragstan Corp. *v.* United States, protest 60/22728 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of horns and sirens, having as an essential feature an electrical element or device, similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. P66/179.**—Castelazo & Associates and E. Mariscal *v.* United States, protest 58/21116 (Los Angeles).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of harvest hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc.*, a/c *Vera Lou, Inc.*, et al. v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiffs was sustained.

**No. P66/180.**—J. C. DeJong & Co., Inc., et al. *v.* United States, protests 58/22797, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.